USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1149  RUBEN RAMOS-PENA AND MIGDALIA SANTIAGO ALVELO, Plaintiffs, Appellants, v. CROWLEY AMERICAN TRANSPORT, INC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Jose R. Franco on brief for appellants. ______________ Raquel M. Dulzaides and Jimenez, Graffam & Lausell on brief for ____________________ ___________________________ appellee. ____________________ August 19, 1997 ____________________ Per Curiam. Upon careful consideration of the briefs ___________ and record, we conclude that the district court properly granted summary judgment on appellant's federal age discrimination claims.  The district court applied the correct standard in reviewing the summary judgment motion and in determining that appellant failed to make a prima facie showing of an essential element of his age discrimination claims. The uncontested facts submitted by appellee showed that appellant was not fully qualified for either of the positions, while the two individuals hired were so qualified. Even were we to credit appellant's additional assertions about his education and experience, he still has not shown that he met the objective qualifications for the positions. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-